IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

KENNETH RAY COOSEWOON )
and RONALD RAY COOPER, )
 )
      Plaintiff, )
 )
v. )   Case No. CIV-18-199-D
 )
UNITED STATES OF AMERICA, )
*et al.*, )
 )
      Defendants. )

# ORDER

By Order of March 8, 2018, the Court dismissed the Amended Complaint and directed Plaintiffs to file a second amended complaint within 21 days. Plaintiffs were expressly advised that, absent a timely amendment of their pleading, "this action will dismissed without prejudice to a future filing, without further notice to Plaintiffs." *See* 3/8/18 Order [Doc. No. 5] at 5.

Plaintiffs have failed to comply with the March 8 Order. They have not requested additional time to comply nor made any other filing in the case record. Accordingly, the Court finds that the action should be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) and the Court's inherent authority. *See United States ex rel. Jimenez v. Health Net, Inc.*, 400 F.3d 853, 855 (10th Cir. 2005); *see also Ecclesiastes 9:10 11 12, Inc. v. LMC Holding Co.*, 497 F.3d 1135, 1143 (10th Cir. 2007).

IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice to a future filing. A separate judgment of dismissal shall be entered.

IT IS SO ORDERED this 2nd day of April, 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE